UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. CANADA,
  Plaintiff,
    v.
M.E. SPEARMAN, et al.,
  Defendants.

Case No. 18-cv-03499-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file an amended complaint. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to comply with the Court's order and under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion shall be accompanied by an amended complaint that complies in all respects with the Court's instructions set forth in the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** February 25, 2019

_____
RICHARD SEEBORG
United States District Judge